

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00048-CV

Rudy's Plumbing Service and Rodolfo Rodriguez

v.

Tina De Los Santos Individually and as Independent Executor of The Estate of Javier De Los Santos

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Cause No. C-1292-05-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED without regard to the merits, and this case REMANDED to the trial court for further proceedings in accordance with the parties' agreement. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

June 12, 2014